IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
DIVISION

| | |
|---|---|
| LORI OLSON, individually, and as parent and natural guardian for AMBER BRISTER and AMANDA BRISTER, minors, | Case No. 05-cv-2547 (PAM/FLN) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| DOLE FOOD COMPANY, INC., a Delaware corporation, | |

IT IS HEREBY ORDERED AND ADJUDGED, by agreement of the parties and the Court being well and sufficiently advised, that this action shall be dismissed with prejudice, each party to pay its own costs.

Signed and entered this __11th__ day of July 2006.

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge